

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**SABRINA TANN**
Phone: (212) 442-8600
Fax: (212) 788-9776
stann@law.nyc.gov

March 4, 2008

**BY HAND DELIVERY**
Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1660
New York, New York 10007



Re:   James Lee Ricks v. C.O. Perry, et. al., 07-CV-8841 (LTS) (THK)[1]

Your Honor:

      As the Assistant Corporation Counsel assigned to the defense of the above-referenced civil rights action, I write to respectfully request that the Court allow defendant Correction Officers Perry, Shield No. 13220, and Scantlebury, Shield No 11892, to file the annexed answer to the complaint.[2]

      As an initial matter, I apologize to the Court and plaintiff for this late request. However, a check of the docket sheet indicates that it was not until February 13, 2008 that the U.S. Marshalls filed process receipts indicating that defendants Perry and Scantlebury were

---

[1] This case has been assigned to Assistant Corporation Counsel Katherine E. Smith, who is presently awaiting admission to the bar and is handling this matter under supervision. Ms. Smith may be reached directly at (212) 513-0462.

[2] Upon information and belief, the correct spelling of the last name of the individual identified in the caption of the complaint as "Officer Scantabury" is Scantlebury.

COPIES MAILED TO COUNSEL OF RECORD ON 3/5/0[?]

served with process on January 22, 2008 and accordingly, that their answers were due on February 11, 2008.[3]

This Office did not learn of the U.S. Marshalls service of process on these defendants until recently checking the docket sheet. However, by the time that the U.S. Marshalls filed the receipts of service, the defendants answers were already past due. Thereafter, this Office acted as quickly as possible to contact the officers and confirm that service had been effected on them and conducted the mandatory representational interviews pursuant to N.Y.C.P.L. § 50-K.

Accordingly, for the reasons set forth herein, this Office respectfully requests that the Court allow defendants Scantlebury and Perry to file the annexed answer to the complaint.

I thank Your Honor for considering the within request.

Respectfully submitted,

Sabrina Tann (ST 2552)
Assistant Corporation Counsel
Special Federal Litigation Division

cc: James Lee Ricks (#241-06-08006)
    *Pro Se* Plaintiff
    George R. Vierno Center
    09-09 Hazen Street
    East Elmhurst, New York 11370
    (By First Class Mail)

The request is granted.

3/5/08   **SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

---

[3] The docket sheet also indicates that the U.S. Marshalls did not execute service of process on the individual identified in the caption of the complaint at "Captain Emmens."