```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JAMES LEE RICKS,                    :
                                    :
                Plaintiff,          :
                                    :   07 Civ. 8841 (LTS)(THK)
        -against-                   :
                                    :            ORDER
                                    :
OFFICER PERRY, et al.               :           Pro Se
                                    :
                                    :
                Defendants.         :
------------------------------------X
```

**THEODORE H. KATZ, UNITED STATES MAGISTRATE JUDGE.**

This case having been referred for general pretrial supervision; it is hereby ORDERED that a telephone conference shall be held on April 29, 2008 at 10:00 a.m. Defendants' counsel shall arrange with the correctional facility in which Plaintiff is incarcerated to have Plaintiff James Lee Ricks, No. 241-06-08006, made available for this conference. Defendants' counsel shall initiate the conference call. The parties should be prepared to discuss a plan and schedule for completion of pretrial discovery.

So Ordered.

_____
Theodore H. Katz
United Magistrate Judge

Dated: April 7, 2008
       New York, New York

COPIES MAILED
TO COUNSEL OF RECORD ON 4/7/08